DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Bill H. Brooke; Estate of Shirley J. Brooke; Lori J. Scott, Shasta County Treasurer-Tax Collector,<br><br>   Defendants. | No. 2:22-CV-00960-WBS-KJN<br><br>**ORDER APPROVING LIEN PRIORITY STIPULATION BETWEEN THE UNITED STATES AND SHASTA COUNTY** |

  Plaintiff, the United States of America, and Defendant, Lori J. Scott, Shasta County Treasurer-Tax Collector ("Shasta County"), have jointly filed a Lien Priority Stipulation between the United States and Shasta County (ECF No. ) ("Stipulation") with regard to the real property at issue in this action ("Subject Property").

//

//

//

//

Order                   1

In consideration of the Parties' Stipulation and for good cause shown, the Court ORDERS:

(1) The Stipulation between the United States and Shasta County is hereby approved;

(2) If the Court permits the sale of the Subject Property, the United States shall submit to the Court a proposed order of sale consistent with the Stipulation;

(3) Shasta County agrees to be bound by the judgment in this case, which shall incorporate the terms of the Stipulation;

(4) The United States and Shasta County shall each bear their own costs and attorney's fees, except the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property; and

(5) Shasta County is excused from further participation in this action, until, and if, the Court permits the sale of the Subject Property.

IT IS SO ORDERED.

Dated: July 12, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE