DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

PHILLIP A. TALBERT
United States Attorney
Eastern District of California
*Of Counsel*

*Attorney for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Bill H. Brooke; Estate of Shirley J. Brooke; Lori J. Scott, Shasta County Treasurer-Tax Collector,<br><br>　　　　　Defendants. | No. 2:22-CV-00960-WBS-KJN<br><br>**ORDER REGARDING UNITED STATES' UNOPPOSED REQUEST TO CONTINUE PRETRIAL SCHEDULING CONFERENCE DEADLINES AND VACATE AND RESET PRETRIAL SCHEDULING CONFERENCE** |

Plaintiff, the United States, has filed an "Unopposed Request to Continue Pretrial Scheduling Conference Deadlines and Vacate and Reset Pretrial Scheduling Conference." In consideration of this request, and for good cause shown, the Court ORDERS that the Scheduling Conference currently set for September 12, 2022 is VACATED and is RESET for **November 7, 2022 at 1:30 p.m.**    A joint status report shall be filed no later than **October 24, 2022** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed June 3, 2022 (Docket No. 3).

///

///

Order                                                                 1

1     IT IS SO ORDERED.

3     Dated: August 26, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE