UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:22-cv-00960-KJM-KJN |
| Plaintiff | ORDER |
| v. | |
| Bill H. Brooke, et al., | |
| Defendants | |

Bill H. Brooke, a pro se defendant, moves for extension of time to file a joint status report for the scheduling conference, which was initially scheduled on November 7, 2022. ECF No. 16. The United States did not oppose the motion. ECF No. 17. This case, however, was reassigned to this court on October 27, 2022, and the court on its own motion rescheduled the scheduling conference to **March 9, 2023**. ECF Nos. 18, 19. A joint status report shall be filed by **February 23, 2023.**

The court **denies** the defendant's motion for extension of time, ECF No. 16, **as moot.**

IT IS SO ORDERED.

DATED: November 8, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1