UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:22-cv-00960-KJM-KJN |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Bill H. Brooke, et al., | |
| Defendants. | |

The United States brings this action against defendants to reduce to judgment federal tax assessments and foreclose federal tax liens. *See generally* Compl. The court scheduled this case on March 9, 2023. Hr'g Mins., ECF No. 25. At the scheduling conference, defendant Bill Brooke explained his difficulty obtaining counsel, so the court referred the matter to Sujean Park to assist him with locating counsel if possible.

Less than a month later, Mr. Brooke filed a document on the docket titled "Motion to Appoint Counsel," which includes a brief handwritten note stating Mr. Brooke cannot find a lawyer, requests help and has not heard from this court's courtroom deputy. *See* ECF No. 27 at 6. The document also includes a letter from Mr. Brooke's nephew to the government that includes "observations" about the case. *See id.* at 3–4.

After Mr. Brooke's responsive pleading deadline passed, *see* Hr'g Mins., the government responded to Mr. Brooke's request by stating it does not object to the court briefly extending case

1

deadlines to give Mr. Brooke additional time to retain counsel, but argues Mr. Brooke has not met the standard for appointed counsel under the in forma pauperis statute, 28 U.S.C. § 1915(e)(1), *see* Resp. at 1–2, ECF No. 28.  The government also requested entry of default as to Mr. Brooke. Req. Entry Default, ECF No. 29, which is pending with the Clerk of Court.

       The court finds Mr. Brooke's letter does not request appointment of counsel under 28 U.S.C. § 1915(e)(1).  In the context of this case, Mr. Brooke's letter follows up on the court's prior referral to Sujean Park.  In any case, as the government notes, *see* Resp. at 2–5, Mr. Brooke would not have met the in forma pauperis standard because, for example, he has made no showing of financial indigence, *see* 28 U.S.C. § 1915(e)(1).  However, the court understands Sujean Park located an attorney willing to speak with Mr. Brooke, who has spoken with Mr. Brooke's nephew, but is not available to represent Mr. Brooke.  The court **extends** Mr. Brooke's **responsive pleading deadline to May 12, 2023**, and the **initial disclosures deadline to May 26, 2023**, to allow Mr. Brooke to respond and comply, and a final opportunity to retain counsel.  The court **denies** his request for assistance as moot.

       The parties are reminded that if they would like to participate in a court settlement conference or be referred to the Voluntary Dispute Resolution Program at any time, then they should file that joint request in writing.

       This order resolves ECF No. 27.

       IT IS SO ORDERED.

DATED:  April 24, 2023.

                                                CHIEF UNITED STATES DISTRICT JUDGE