UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>       Plaintiff,<br><br>       v.<br><br>BILL H. BROOKE, et al.,<br><br>       Defendants. | No.  2:22–cv–960–KJM–KJN<br><br>ORDER TO RESPOND |

    Presently pending before the court is plaintiff's motion for default judgment against defendant Bill H. Brooke, which was filed on December 19, 2023, and which was set for hearing on January 23, 2024.  (ECF No. 36.)  Defendant was to file opposition by January 2, 2024, but that deadline passed without any filing.  Accordingly, the court vacated the hearing and provided defendant until January 30, 2024, to file a written response.  (ECF No. 37.)  This last order was served on defendant by mail.  (ECF No. 38.)  Despite this fact, no written response was filed.  However, the court has become aware that Mr. Brooke apparently appeared at the Sacramento courthouse on January 23rd and, finding no hearing, inquired with a court employee about the status of the case.

    Out of an abundance of caution, and in light of the court's desire to resolve the action on the merits, the court provides Mr. Brooke an opportunity to oppose the motion.  Should Mr. Brooke choose to oppose, he shall file a **written opposition** no later than **February 28, 2024**.  **No**

1

**further extensions of time will be granted**. Should this deadline pass without written opposition being filed by Mr. Brooke, the court will take this silence as consent to a summary grant of the motion—which will result in the imposition of a default judgment.

Dated: February 2, 2024

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

broo.960