UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>   v.<br><br>BILL H. BROOKE, et al.,<br><br>   Defendants. | No. 2:22-cv-960-KJM-CSK<br><br>ORDER AFTER STATUS CONFERENCE |

On June 25, 2024, the Court held a status conference, which was requested through the briefing on the pending motion for default judgment.[1] At the status conference, Plaintiff United States and Defendant Bill Brooke, who is proceeding without counsel, expressed interest in resolving the case. For the reasons stated by the Court at the status conference, it is hereby ORDERED that:

1. Over the next two weeks, the parties shall meet and confer to discuss resolution of the case;
2. Plaintiff United States shall file a status report on or by July 10, 2024 updating the Court on the parties' discussions;
3. If during this time the parties are working in good faith towards resolving the

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(19).

        case, the Court is likely to deny Plaintiff's motion for default judgment without prejudice;

4. Defendant Brooke has not yet filed a response to the Complaint. If the parties are not moving towards resolving the case, including if Defendant Brooke fails to meet and confer, Defendant Brooke's response to the Complaint must be filed on or by July 26, 2024; and

5. If the parties are not moving towards resolving the case and Defendant Brooke fails to file a response to the Complaint as ordered, Defendant Brooke is warned that his continued failure to follow court orders, the Federal Rules of Civil Procedure, and/or the Court's Local Rules could result in the imposition of a default judgment or other sanctions.

Dated: June 25, 2024

                                                   */s/ Chi Soo Kim*
                                             CHI SOO KIM
                                             UNITED STATES MAGISTRATE JUDGE

3, broo.960