DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>Bill H. Brooke; Estate of Shirley J. Brooke; Lori J. Scott, Shasta County Treasurer-Tax Collector,<br><br>    Defendants. | No. 2:22-CV-00960-KJM-CSK<br><br>**[PROPOSED] ORDER ON UNITED STATES' UNOPPOSED REQUEST TO EXTEND DEADLINES SET FORTH IN COURT'S "ORDER AFTER STATUS CONFERENCE" (ECF No. 50)** |

The United States has filed an "Unopposed Request to Extend Deadlines Set Forth in the Court's 'Order After Status Conference (ECF No. 50)' ("Unopposed Request"). ECF No. 51. In consideration of the United States' Unopposed Request, and for good cause shown, the Court ORDERS:

    (1) The Unopposed Request is hereby approved;

    (2) The parties shall continue to meet and confer to discuss resolution of the case;

    (3) The United States shall file a status report on or by July 24, 2024 updating the Court on the parties' discussions;

///

///

Proposed Order    1

(4) If during this time the parties are working in good faith towards resolving the case, the Court is likely to deny the United States' motion for default judgment without prejudice;

(5) Mr. Brooke has not yet filed a response to the Complaint. If the parties are not moving towards resolving the case, including if Mr. Brooke fails to meet and confer, Mr. Brooke's response to the Complaint must be filed on or by August 9, 2024; and

(6) If the parties are not moving towards resolving the case and Mr. Brooke fails to file a response to the Complaint as ordered, Mr. Brooke is warned that his continued failure to follow court orders, the Federal Rules of Civil Procedure, and/or the Court's Local Rules could result in the imposition of a default judgment or other sanctions.

Dated: June 28, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE