UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>    v.<br><br>BILL H. BROOKE, et al.,<br><br>        Defendants. | No.  2:22-cv-960-KJM-CSK<br><br>ORDER DENYING DEFAULT JUDGMENT WITHOUT PREJUDICE; AND ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(ECF Nos. 36, 53.) |

      On June 25, 2024, the Court held a status hearing regarding the parties' responses to a currently pending motion for default judgment.[1] (ECF No. 49.) At the hearing, Plaintiff United States and Defendant Bill Brooke expressed interest in settling the case. (*Id.*) The Court ordered:

    (i)     The parties to confer over resolution of the case over the next two weeks;

    (ii)    The United States to file a status report by July 10, 2024;

    (iii)   If the parties were working in good faith toward resolving the case, the currently pending motion for default judgment (ECF No. 36) would be denied without prejudice;

    (iv)   If the parties were not moving towards resolving the case, including if

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(19).

1

Defendant Brooke failed to meet and confer, Defendant Brooke's response to the Complaint was to be filed on or by July 26, 2024; and

(v)  Defendant Brooke was warned about the consequences of failing to follow the Court's orders, Federal Rules of Civil Procedure, and Court's Local Rules.

(ECF No. 50). On June 28, 2024, the United States subsequently requested continuing the deadlines 14 days. (ECF No. 51.) The Court granted this request, extending the deadline for the United States' status report to July 24, 2024 and for Defendant Brooke's response to the Complaint to August 9, 2024, and restating its other orders and warnings from the June 25, 2024 order. (ECF No. 52.)

On July 24, 2024, the United States filed a second unopposed request for an extension of the deadlines, indicating that the parties have been working in good faith towards a settlement but require more time to agree on the specific terms of the settlement. (ECF No. 53.) The parties request an extension of the deadlines for the United States' status report to August 23, 2024 and Defendant Brooke's response to the Complaint to September 9, 2024. (*Id.*) The Court GRANTS this request.

## **ORDER**

It is hereby ORDERED that:

1. Pursuant to the June 25, 2024 hearing and order, and the parties' most recent status report indicating that the parties have been working in good faith towards resolving the case, the United States' Motion for Default Judgment (ECF No. 36) is DENIED WITHOUT PREJUDICE;
2. Good cause appearing, the United States' Unopposed Second Request for an extension of deadlines (ECF No. 53) is GRANTED;
3. The parties shall continue to meet and confer to discuss resolution of the case;
4. The United States shall file a status report on or by August 23, 2024 regarding the status of the parties' discussions regarding resolution;

5. If the parties are no longer moving towards resolving the case, including if Defendant Brooke fails to meet and confer, Defendant Brooke's response to the Complaint must be filed on or by September 9, 2024. **Further extensions of time for Defendant Brooke's response to the Complaint will not be granted**; and

6. Defendant Brooke is warned that the failure to follow court orders, the Federal Rules of Civil Procedure, and/or the Court's Local Rules could result in the imposition of sanctions or a renewal of the United States' motion for default judgment.

Dated: July 26, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, broo.960