DAVID A. HUBBERT
Deputy Assistant Attorney General

CHRISTIAN MEJIA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-305-7548 (v)
202-307-0054 (f)
Christian.Mejia@usdoj.gov

*Counsel for the United States of America*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| United States of America, | No. 2:22-CV-00960-KJM-CSK |
| Plaintiff, | **JUDGMENT** |
| v. |  |
| Bill H. Brooke; Estate of Shirley J. Brooke; Lori J. Scott, Shasta County Treasurer-Tax Collector, |  |
| Defendants. |  |

JUDGMENT is hereby entered on the complaint for the above-captioned action as follows:

1. Judgment is entered in favor of the United States and against Bill H. Brooke.

2. Bill H. Brooke is liable for unpaid federal tax liabilities for the 1984, 1986, 1987, 1988, and 1989 tax years, for $1,146,177.03, as of December 18, 2023, less any subsequent payments or credits, plus statutory interest, penalties, and other statutory additions, as provided by law, which continue to accrue until the judgment is paid in full.

/////

/////

Judgment

1

3. The United States has valid and subsisting federal tax liens for the assessments described in paragraph 2, above, against the property and rights to property of Bill H. Brooke, including the Subject Property at 10680 Swede Creek Road, Palo Cedro, CA 96073.

4. Bill H. Brooke is the sole owner of the Subject Property.

5. The United States is entitled to enforce its federal tax liens against the Subject Property by the sale of the Subject Property.

6. Each party shall bear their own respective costs and fees with respect to this litigation.

**IT IS SO ORDERED.**

DATED: September 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Judgment

2