UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

Plaintiff,

v.

Bill H. Brooke; Estate of Shirley J. Brooke; Lori J. Scott, Shasta County Treasurer-Tax Collector,

Defendants.

No. 2:22-CV-00960-DC-CSK

**~~[PROPOSED]~~ MODIFIED ORDER GRANTING UNITED STATES' MOTION TO CONFIRM SALE BY RECEIVER AND DISTRIBUTE SALE PROCEEDS**

Before the Court is the United States' unopposed Motion to Confirm Sale by Receiver and Distribute Sale Proceeds ("Motion") (Doc. No. 82). *See* Docket. In the Motion, the United States has moved the Court for an order confirming the sale of real property located at 10680 Swede Creek Road, Palo Cedro, CA 96073 ("Subject Property"), by Bobby Schultze of Coldwell Banker Kappel Gateway Realty ("Receiver"), the Receiver previously appointed by the Court to arrange the sale of the Subject Property.

The Subject Property is more particularly described as follows:

> THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE UNINCORPORATED AREA, COUNTY OF SHASTA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:
>
> Lot 9, as shown on the map of Cow Creek Estates Subdivision, recorded in the office of the County Recorder December 6, 1963 in Book 12 of Maps at page 19, Shasta County Records.

Accordingly, based on the motion and 26 U.S.C. §§ 7402(a) and 7403(d), the Court hereby ORDERS as follows:

1. The sale of the Subject Property for a purchase price of $340,000 to Mountain Ministries Revocable Trust (“Buyer”) is confirmed.

2. Fidelity National Title Company (“Escrow Agent”) has been selected as the escrow company to handle the closing of the sale.

3. The sale shall be free and clear of any existing rights, titles, claims, liens, or interests of the Receiver or any of the parties to this action.

4. At closing, the Escrow Agent is authorized and directed to issue a Receiver’s Quitclaim Deed to the Buyer for the Subject Property and distribute the sale proceeds as follows:

a. First, all normal and customary seller’s closing costs identified in paragraph 21a. of the Declaration of Receiver Bobby Schultze of Coldwell Banker Kappel Gateway Realty (“Schultze Declaration”) filed with the United States’ Motion, estimated to be $1,855;

b. Second, to the Receiver for the reasonable and necessary expenditures he incurred in arranging for the sale of the Subject Property identified in paragraph 21b. of the Schultze Declaration in the amount of $175;

c. Third, to the Receiver for real estate commissions equal to 6% of the gross sale proceeds, or $20,400, which includes both the Receiver’s commission and the Buyer’s representative’s commission, identified in paragraph 21c. of the Schultze Declaration;

d. Fourth, to the County of Shasta for unpaid real property taxes for the Subject Property at the time of closing, estimated to be $7,306.48, calculated through July 1, 2026; and

e. Fifth, all funds remaining to the United States on account of its federal tax liens for the unpaid income tax liabilities of Mr. Brooke at issue in this action.

/ / /

/ / /

5. The Receiver and the Escrow Agent are authorized to sign all necessary documents and make all distributions consistent with this Order.

IT IS SO ORDERED.

Dated: September 9, 2026, nunc pro tunc

Chi Soo Kim.
United States Magistrate Judge